# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 17, 2019

*By Facsimile*

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: 212-805-4060

Re:   *United States v. Bennett Sprecher*, 18 Mag. 7549 (UA)

Dear Judge Wang:

     I write on consent (Assistant U.S. Attorney Samuel Rothschild and Pretrial Services Officer Lea Harmon) to respectfully request that the Court modify Mr. Sprecher's release conditions by replacing the condition prohibiting Mr. Sprecher from accessing the internet with a condition that Mr. Sprecher be permitted to use an authorized computer that will be monitored using computer-monitoring software.

     On August 13, 2019, Mr. Sprecher was arrested and charged with the possession of child pornography, in violation of Title 18 U.S.C. § 2252A. Judge Pitman set conditions of release which included the condition that Mr. Sprecher was "not to access the internet except through ATMs." Because Mr. Sprecher requires some internet access in order to conduct his business and daily affairs, I respectfully request that the Court replace the prohibition on all internet access with the following condition:

> Defendant may use one desk-top computer in his home which shall be monitored by computer-monitoring software, and may access the internet using the authorized computer once the monitoring software is installed by Pretrial Services.

So ordered.
[signature]
9/17/19

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc:   Samuel Rothschild, Esq., by e-mail
     Lea Harmon, U.S. Probation, by e-mail

TOTAL P.002

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

### FAX COVER SHEET

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION FROM THE FEDERAL DEFENDERS OF NEW YORK, INC. WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TELECOPIED INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. RECEIPT BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGE.

| | |
|---|---|
| To: | Mag Court |
| Fax: | 212-805-4060 |
| Date: | 9-17-19 |
| From: | Martin Cohen |
| Pages: | 2 |
| Re: | US v Sprecher, 18 Mag 7549 Bail Mod. |

Thanks,
Martin

If problems with this transmission occur, please call (212) 417-8700

Fax No: (212) 571-0392